United States Bankruptcy Court
Northern District of Ohio

In re:  
Nathan L. Fox, Sr.  
    Debtor

Case No. 19-16478-aih  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0647-1    User: admin    Page 1 of 1    Date Rcvd: Jan 06, 2020  
                   Form ID: 202    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.  
db         +Nathan L. Fox, Sr.,    2423 Kenwyn Blvd.,    Avon, OH 44011-4733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:  
          David M. Benson     on behalf of Debtor Nathan L. Fox, Sr. David@DavidBensonLaw.com,  
           dmbenson25@hotmail.com;bambi@davidbensonlaw.com;r64853@notify.bestcase.com  
          Sheldon    Stein     ssteindocs@gmail.com,    sstein@ecf.axosfs.com;sheldon@steintrustee.com  
          Sheldon    Stein     on behalf of Trustee Sheldon    Stein ssteindocs@gmail.com,  
           sstein@ecf.axosfs.com;sheldon@steintrustee.com  
                                                                                                                 TOTAL: 3

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114–1235

**Case No. 19–16478–aih**

**In re:**
Nathan L. Fox Sr.
2423 Kenwyn Blvd.
Avon, OH 44011

**Social Security No.:**
xxx–xx–3383

## NOTICE OF DOCUMENT TO BE FILED – CERTIFICATION
## ABOUT A FINANCIAL MANAGEMENT COURSE

Pursuant to Federal Rules of Bankruptcy Procedure 1007(b)(7) and 1007(c), unless an approved provider of an instructional course concerning personal financial management has notified the court that the debtor has completed the course after filing the petition, the debtor(s) in the above captioned case must file a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, within 60 days of the first date set for the Meeting of Creditors.

Failure to submit such certification by this date may result in this case being closed without discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a statement of completion of a course concerning personal financial management, the debtor(s) must pay the full filing fee due for filing such a motion.

**Dated:** January 6, 2020
Form ohnb202

For the Court
Josiah C. Sell, Clerk