Certificate Number: 17572-OHN-DE-033934738

Bankruptcy Case Number: 19-16478


17572-OHN-DE-033934738

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on January 10, 2020, at 1:29 o'clock PM PST, Nathan L Fox completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: January 10, 2020

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor